UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZHAR LAL,<br><br>            Petitioner,<br><br>    v.<br><br>M. D. BITER,<br><br>            Respondent. | No. 2:15-cv-1830-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] The court has reviewed the petition as required by Rule 4 of the Rules Governing Section 2254 Proceedings, and finds that the petition is second or successive and must therefore be dismissed.

A petition is second or successive if it makes "claims contesting the same custody imposed by the same judgment of a state court" that the petitioner previously challenged, and on which the federal court issued a decision on the merits. *Burton v. Stewart*, 549 U.S. 147 (2007); *see also Slack v. McDaniel*, 529 U.S. 473, 485-86 (2000). Before filing a second or successive petition in a district court, a petitioner must obtain from the appellate court "an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Without an order from

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

1  the appellate court, the district court is without jurisdiction to consider a second or successive
2  petition.  *See Burton*, 549 U.S. 147.

3      In the present action, petitioner challenges a June 30, 1992 judgment of conviction entered
4  in the Sacramento County Superior Court in case number 106513 for murder, burglary, and
5  robbery, with the use of a deadly weapon.  ECF No. 1 at 1, 47.[2]  The court has examined its
6  records, and finds that petitioner challenged the same judgment of conviction in an earlier action.
7  Specifically, in *Lal v. Roe*, No. 2:97-cv-1459-LKK-GGH (E.D. Cal.), the court considered
8  petitioner's challenge to the same judgment of conviction.  *See Lal*, ECF No. 34 (magistrate
9  judge's December 8, 1999 findings and recommendations to deny petition on the merits); ECF
10 No. 37 (district judge's March 16, 2001 order adopting findings and recommendations and
11 denying petitioner's application for a writ of habeas corpus).  Since petitioner challenges the same
12 judgment now that he previously challenged and which was adjudicated on the merits, the petition
13 now pending is second or successive.

14     Petitioner offers no evidence that the appellate court has authorized this court to consider
15 a second or successive petition.  Since petitioner has not demonstrated that the appellate court has
16 authorized this court to consider a second or successive petition, this action must be dismissed for
17 lack of jurisdiction.  *See Burton*, 549 U.S. 147; *Cooper v. Calderon*, 274 F.3d 1270, 1274 (9th
18 Cir. 2001) (per curiam).

19     Accordingly, it is hereby ORDERED that this action is dismissed for lack of jurisdiction.
20 DATED: December 1, 2015.

                              */s/ Edmund F. Brennan*
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

---

[2] For ease of reference, all references to page numbers in the petition are to those assigned via the court's electronic filing system.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28