UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZHAR LAL,

        Petitioner,

   v.

M.D. BITER,

        Respondent.

No.  2:15-cv-1830-EFB P

ORDER

      Petitioner is a state prisoner proceeding without counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Judgment was entered in this action on December 1, 2015.  On January 4, 2016, petitioner filed a notice of appeal.  He also filed a request to proceed in forma pauperis on appeal (ECF No. 9) and a request for appointment counsel (ECF No. 10).

      Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

      (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

      (B) claims an entitlement to redress; and

      (C) states the issues that the party intends to present on appeal.

/////

1

1 Fed. R. App. P. 24(a)(1).  Petitioner's motion fails to satisfy all three requirements and is
2 therefore denied.
3   In addition, the court takes no action on plaintiff's request for appointment of counsel as
4 this case is now closed.  The court will not respond to future filings in this action that are not
5 authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.
6   Accordingly, IT IS HEREBY ORDERED that petitioner's request to proceed in forma
7 pauperis on appeal (ECF No. 9) is denied without prejudice.  The Clerk of the Court is directed to
8 serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and
9 petitioner is hereby informed that he may file a motion to proceed in forma pauperis in the United
10 States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).  The Clerk of the
11 Court shall also terminate the pending request for appointment of counsel at ECF No. 10.
12 DATED:  March 2, 2016.

    _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE